U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
CREIGHTON GSELL v. ESTES EXPRESS LINES

Case Number:
FILED: MARCH 21, 2008
08 CV 1670          JH
JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ESTES EXPRESS LINES

| NAME (Type or print) |
| --- |
| Jill A. Cheskes |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jill A. Cheskes |
| FIRM |
| SmithAmundsen LLC |
| STREET ADDRESS |
| 150 N. Michigan Avenue, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06237878 | (312) 894-3200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐