**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document entitled "Defendant's Notice of Removal" was served this date by U.S. First Class Mail, postage prepaid, upon the following attorney for Plaintiff:

```
                                          FILED: MARCH 21, 2008
                                          08 CV 1670          JH
Rene Hernandez
Law Offices of Rene Hernandez, P.C.       JUDGE GETTLEMAN
1625 East State Street                    MAGISTRATE JUDGE NOLAN
Rockford, Illinois 61104
```

This the 21st day of March, 2008.

/s/ Jill A. Cheskes
/s/ Ruth E. Robinson
Jill A. Cheskes (ARDC # 06237878)
Ruth E. Robinson
SmithAmundsenc, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601