IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CREIGHTON GSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 08 CV 1670 JH |
| | ) |
| ESTES EXPRESS LINES, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing documents entitled "Defendant's Motion to Dismiss" and "Defendant's Memorandum in Support of Its Motion to Dismiss" was served this date by U.S. First Class Mail, postage prepaid, upon the following attorney for Plaintiff:

    Rene Hernandez
    Law Offices of Rene Hernandez, P.C.
    1625 East State Street
    Rockford, Illinois 61104

This the 25th day of March, 2008.

    /s/Jill A. Cheskes
    /s/ Ruth E. Robinson
    Jill A. Cheskes (ARDC # 06237878)
    Ruth E. Robinson (ARDC # 6207546)
    SmithAmundsenc, LLC
    150 N. Michigan Avenue, Suite 3300
    Chicago, IL 60601
    T (312) 894-3200
    F (312) 894-3210