## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CREIGHTON GSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 CV 1670 JH |
| ) | |
| ESTES EXPRESS LINES, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

To:   Rene Hernandez
      Law Offices of Rene Hernandez, P.C.
      1625 East State Street
      Rockford, Illinois 61104

PLEASE TAKE NOTICE THAT on the **23rd day of April, 2008**, at **9:15 a.m.**, we shall appear before the **Honorable Robert W. Gettlemen** in **Room 1703**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Motion to Dismiss**, a copy of which is hereby served upon you.

                                        SmithAmundsen LLC


                                By:  /s/ Jill A. Cheskes
                                     One of the Attorneys for Defendant

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2008, a copy of the foregoing **Notice of Motion** was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Jill A. Cheskes_____
/s/ Ruth E. Robinson_____
Jill A. Cheskes (ARDC # 06237878)
Ruth E. Robinson (ARDC # 6207546)
SmithAmundsenc, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL  60601
T (312) 894-3200
F (312) 894-3210