## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1670 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Creighton   Gsell     vs     Estes Express Lines | | |

**DOCKET ENTRY TEXT:**

This case is transferred to the U.S. District Court for the Northern District of Illinois, WESTERN DIVISION.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|