# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 01670 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Gsell vs. Estes Express Lines | | |

**DOCKET ENTRY TEXT:**

This case was transferred from the Eastern Division of this court after removal from state court. Defendant has a pending motion to dismiss [7] which has not been presented. Defendant shall present this motion before the magistrate judge on or before May 2, 2008. Defendant premises subject matter jurisdiction on both 28 U.S.C. §§ 1331 & 1332 (a) (1). Diversity jurisdiction is not properly pled. If defendant wishes to maintain § 1332 (a) (1) as a jurisdictional basis it shall file amended jurisdictional allegations on or before May 2, 2008 alleging plaintiff's citizenship (not residence) and defendant's principal place of business (not corporate office).

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | /sec |
|---|---|---|