### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CREIGHTON GSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 CV 1670 |
| | ) | |
| ESTES EXPRESS LINES, | ) | Honorable Philip G. Reinhard |
| | ) | Magistrate Judge P. Michael Mahoney |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Rene Hernandez
      Law Offices of Rene Hernandez, P.C.
      1625 East State Street
      Rockford, Illinois 61104

   PLEASE TAKE NOTICE THAT on the **30th day of April, 2008**, at **1:30 p.m.**, we shall appear before **Magistrate P. Michael Mahoney** in **Room 206**, at 211 South Court Street in Rockford, Illinois, and present to the United States District Court of the Northern District of Illinois, Western Division, the attached **Motion to Dismiss**, a copy of which is hereby served upon you.

                                        SmithAmundsen LLC


                              By:   /s/ Jill A. Cheskes_____
                                    One of the Attorneys for Defendant

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2008, a copy of the foregoing **Notice of Motion** was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/Jill A. Cheskes_____
      /s/ Ruth E. Robinson_____
      Jill A. Cheskes (ARDC # 06237878)
      Ruth E. Robinson (ARDC # 6207546)
      SmithAmundsenc, LLC
      150 N. Michigan Avenue, Suite 3300
      Chicago, IL  60601
      T (312) 894-3200
      F (312) 894-3210