# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 01670 | **DATE** | 4/22/2008 |
| **CASE TITLE** |  | GSELL vs. ESTES | |

**DOCKET ENTRY TEXT:**

Defendant's application for leave for David Terry to appear pro hac vice is granted. Status hearing set for May 2, 2008 at 1:30 pm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|