**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CREIGHTON GSELL,** ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | **Case No. 08 CV 1670 JH** |
| **vs.** ) | |
| ) | |
| **ESTES EXPRESS LINES,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF FILING**

**TO:**   SmithAmundsenc, LLC
Jill A. Cheskes
Ruth E. Robinson
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601

    PLEASE TAKE NOTICE that on the 28th of May, 2008, I caused the PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS and Notice of Filing to be filed with the Clerk of the United States District Court for the Northern District of Illinois, via ECF.


        /s/ Rene Hernandez
        Rene Hernandez, Attorney for Plaintiff
        1625 East State Street
        Rockford, IL 61104
        P: (815) 387-0261
        F: (815) 387-0264

## PROOF OF SERVICE

    The undersigned hereby certifies that on the 28th day of May, 2008 she served the above named individual with a copy of the PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS via the Electronic Filing System of the United States District.

                                      /s/ Heidi Carmella Mitchell
                                      Heidi Carmella Mitchell