**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CREIGHTON GSELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 08 CV 1670 JH |
| | ) |
| ESTES EXPRESS LINES, | ) |
| | ) |
|     Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 13, 2008, a copy of the foregoing **Reply Brief in Support of Defendant's Motion to Dismiss** was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/Jill A. Cheskes
/s/ Ruth E. Robinson
Jill A. Cheskes (ARDC # 06237878)
Ruth E. Robinson (ARDC # 6207546)
SmithAmundsenc, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
T (312) 894-3200
F (312) 894-3210