# United States District Court

## Northern District of Illinois

### Western Division

Creighton Gsell　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　Case Number: 08 C 1670

Estes Express Lines

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Gsell's claims are dismissed with prejudice. This case is hereby dismissed in its entirety.

　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 7/24/2008

　　　　　　　　　　　　　　　　　　/s/ Jennifer Titak, Deputy Clerk